RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 10/18/10
BY DO

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| **TRACY LAVET PAYTON** <br> LDOC #435055 | **CIVIL ACTION NO. 3:10-cv-1119** |
| **VERSUS** | **SECTION P** |
| | **JUDGE ROBERT G. JAMES** |
| **MOREHOUSE PARISH JAIL** <br> **ANNEX, ET AL.** | **MAGISTRATE JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

**MONROE, LOUISIANA,** this 17 day of October, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE